IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**NEIL LAFFELY,**
    *Plaintiff,*

*vs.*                                  No. 3-07-0083
                                     *Judge Echols/Mag. Judge Griffin*
                                     *Jury Demanded*

**JEFF DAVIS,** *as the Compliance Director for the State of Tennessee Department of Finance and Administration, Division of Mental Retardation Services, Middle Tennessee Region and in his individual capacity, and* **KATHLEEN CLINTON,** *as the Regional Director for the State of Tennessee Department of Finance and Administration, Division of Mental Retardation Services, Middle Tennessee Region and in her individual capacity,*
    *Defendants*.

## ORDER OF DISMISSAL

      It appearing to the Court that, pursuant to Rule 41(a)(1)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, the parties hereto have stipulated that all claims against Defendants **Jeff Davis**, *as the Compliance Director for the State of Tennessee Department of Finance and Administration, Division of Mental Retardation Services, Middle Tennessee Region and in his individual capacity,* and **Kathleen Clinton**, *as the Regional Director for the State of Tennessee Department of Finance and Administration, Division of Mental Retardation Services, Middle Tennessee Region and in her individual capacity,* in their entirety, shall be dismissed with prejudice, and the Court finding good cause for same;

186981

It is hereby ORDERED that this matter is dismissed with prejudice.

This the 10th day of March, 2008.

_____
Judge, U.S. District Court

Approved for Entry:

**ROBERT E. COOPER, JR.**
**ATTORNEY GENERAL AND REPORTER**

   /s/ William J. Marett, Jr
William J. Marett, Jr., BPR No. 7020
*Senior Counsel*, CIVIL LITIGATION AND
STATE SERVICES DIVISION
Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-02027
Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Patricia E Crotwell, *Esq.*
Richard J. Braun, Esq.
BRAUN & CROTWELL, PLLC
501 Union Street, Suite 500
Nashville, TN 37219
*Attorneys for Plaintiff*

All other parties will be served by regular U.S. mail as follows:
None

Parties may access this filing through the Court's electronic filing system.

*s/* **William J. Marett, Jr.**

186981                                    2